IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE KNIGHT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 21-4992 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : | |
| Defendant. | : | |

## NOTICE OF ARBITRATION HEARING

Take notice that the above-captioned case has been scheduled for Arbitration in the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106 on April 20, 2022 at 9:30 a.m. in Courtroom 5B, 5th floor.  The assigned arbitrators will determine the order in which cases will proceed.

Kate Barkman
Clerk of Court

By: /s/ Sharon A. Hall-Moore
Sharon A. Hall-Moore
Supervisor, Court Services
Phone: 267-299-7034

Date: February 17, 2022

**NOTE:  Arbitrators shall not participate in settlement discussions.**

(revised 7/21)